UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-cr-20508-JAL

FILED by ___ D.C.

MAR 1 3 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. -- MIAMI

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DOLLY DE JESUS CIFUENTES-VILLA,

Defendant.

_____/

## MOTION TO ADOURN TRIAL DATE

Defendant Dolly De Jesus Cifuentes-Villa, through counsel, hereby respectfully moves this Court for an adjournment of the trial date, currently set for April 9, 2013, and states as follows.

1.      The defendant has advised me that she has terminated her relationship with prior counsel and I was retained on March 8, 2013.  My motion to appear before this Court pro hace vice is pending.

2.      The adjournment is requested to permit counsel to finalize plea negotiations with the government and to give counsel sufficient time to prepare the defendant for her plea. I have consulted with Assistant United States Attorney Andrea Hoffman and she has advised me that she does not oppose this motion.

Date:  March 13, 2013

Respectfully Submitted,

By: _____
Bonnie S. Klapper, Esq.
The Superior Building
48 West 25th Street
New York, N.Y. 10010
516 721-0010
bonniesklapper@bskesq.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2013, the foregoing Motion to Adjourn

Trial Date was hand-delivered and subsequently served on all counsel or parties of record

through the CM/ECF system.

Respectfully Submitted,

By: _____

Bonnie S. Klapper, Esq.